UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 2:23-cr-51-SPC-KCD

CODY RAY SYFRETT

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 43). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in **Samsung cellphone, Model: Galaxy S9+, Serial Number: R38K30CAY414 (cellphone)**, which the defendant used in his distribution and possession of child pornography charged in Counts One and Two of the Indictment. *See* 18 U.S.C. § 2253; Fed. R. Crim. P. 32.2(b)(2). In so moving, the Government has connected the Samsung cellphone, Model: Galaxy S9+, Serial Number: R38K30CAY414 (cellphone) to the adjudicated offense. The Court thus finds the United States is entitled to possession of the Samsung cellphone, Model: Galaxy S9+, Serial Number: R38K30CAY414 (cellphone).

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 43) is **GRANTED**.

2

1. Defendant's interest in Samsung cellphone, Model: Galaxy S9+, Serial Number: R38K30CAY414 (cellphone) is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on December 21, 2023.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record