UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 2:23-cr-51-SPC-KCD

CODY RAY SYFRETT

### FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 63). The Government seeks to have forfeited **a Samsung cellphone, Model: Galaxy S9+, Serial Number: R38K30CAY414 (cellphone) ("Assets")**, which was subject to a December 21, 2023 Preliminary Order of Forfeiture (Doc. 63). Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus finds all right, title, and interest in the Assets shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 63) is **GRANTED**.

1. Defendant's interest in the **Samsung cellphone, Model: Galaxy S9+, Serial Number: R38K30CAY414 (cellphone)** is **CONDEMNED** and

**FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on May 10, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2