UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:23-cr-51-SPC

CODY RAY SYFRETT

_____

## **ORDER**

In March 2024, Defendant Cody Ray Syfrett was sentenced by this Court to a term if 130-months for crimes in violation of U.S.C. 18 Sections 2252(a)(2), 2252(b)(1), 2252(a)(4)(B), and 2252(b)(2). (Doc. 61-62). After sentencing, the defendant appealed the Court's ruling and on February 18, 2026, the United States' Court of Appeals for the Eleventh Circuit remanded the case back to the District Court for resentencing. (Doc. 83). Accordingly, the Court issued a Notice of Hearing scheduling the resentencing for July 20, 2026; the Defendant's attendance is required at this hearing. (Doc. 84).

Accordingly,

The Court now **ORDERS** that the United States Marshals Service **TRANSPORT** Defendant Cody Ray Syfrett to the federal courthouse in Fort Myers, Florida by 9:00 am on **July 20, 2026**, to attend the resentencing hearing in his case. Defendant may be returned to his assigned BOP facility at the conclusion of the hearing unless this Court directs otherwise.

**DONE AND ORDERED** in Fort Myers, Florida on July 7, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
U.S. Marshal – FTM Office
Counsel of Record

2